Order entered November 16, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00899-CV

## KELLY J. STONEBRAKER, Appellant

V.

## FEDERAL NATIONAL MORTGAGE ASSOCIATION, ITS SUCCESSORS AND ASSIGNS, Appellee

On Appeal from the County Court at Law No 5
Collin County, Texas
Trial Court Cause No. 0055-00410-2012

## ORDER

The Court has before it appellant's November 14, 2012 motion for extension of time to correct defective appellant's brief and to file appellant's brief. The Court **GRANTS** the motion and **ORDERS** appellant to file his amended brief by December 13, 2012.

MOLLY FRANCIS
JUSTICE